IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZINYOURFACE LLC, a California  )
Limited Liability Company; and  )   2:10-cv-03298-GEB-CKD
MARK D. DOLIN, an individual,   )
                                )
         Plaintiffs,            )   ORDER RE: SETTLEMENT AND
                                )   DISPOSITION
     v.                         )
                                )
OAK RIDGE WINERY, LLC,          )
a California Limited Liability  )
Company,                        )
                                )
         Defendant.             )
_____ )
                                )
AND RELATED COUNTERCLAIM        )
_____ )

Plaintiffs filed a "Notice of Settlement" on August 30, 2011 in which they state "this matter has settled." (ECF No. 18.) Plaintiffs "anticipate[] that dispositional documents will be filed within the time period set forth in Local Rule 160(b)." Id.

Therefore, a dispositional document shall be filed no later than September 20, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated:  August 31, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1