IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

ZINYOURFACE LLC, a California Limited Liability Company; and MARK D. DOLIN, an individual,

   Plaintiffs,

v.

OAK RIDGE WINERY, LLC, a California Limited Liability Company,

   Defendant.
_____

AND RELATED COUNTERCLAIM
_____

2:10-cv-03298-GEB-CKD

ORDER RE: SETTLEMENT AND DISPOSITION

---

   Plaintiffs filed a "Notice of Settlement" on August 30, 2011 in which they state "this matter has settled." (ECF No. 18.) Plaintiffs "anticipate[] that dispositional documents will be filed within the time period set forth in Local Rule 160(b)." Id.

   Therefore, a dispositional document shall be filed no later than September 20, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: August 31, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1